CHARLES L. POWELL, Respondent, *v.* M. OLIVE WELCH et al., as Executors of THOMAS B. WELCH, Deceased, Appellants.

*Appeal from judgment unanimously affirming judgment entered upon verdict dismissed.*

*Powell* v. *Welch*, 187 App. Div. 920, appeal dismissed.

(Submitted October 11, 1920; decided October 19, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1919, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that permission to appeal had not been obtained.

*William W. Armstrong* for motion.

*Clyde W. Knapp* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.